**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN W. ZENC, | ) | No. EDCV 07-747-VAP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SILVIA GARCIA (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  March 28, 2011

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

1